PROB 12C
(6/16)

Report Date: August 14, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Douglas Alen Olson              Case Number: 0980 2:16CR00061-RMP-2

Address of Offender:                              Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 7, 2017

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 48 Months; TSR - 60 Months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Caitlin Baunsgard | Date Supervision Commenced: August 16, 2019 | |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 15, 2024 | |

## PETITIONING THE COURT

### To issue a SUMMONS.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Olson is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about August 7, 2020, based on urinalysis testing and the client's admission of such use.

On August 19, 2019, Mr. Douglas Olson signed his conditions relative to case number 2:16CR00061-RMP-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Olson was made aware by his U.S. probation officer that he was required to refrain from the use of controlled substances.

Specifically, on August 10, 2020, the undersigned officer received notification from Pioneer Human Services (PHS) in Spokane, indicating that the client had previously reported to the facility on August 7, 2020, to participate in random urinalysis testing. He submitted to a random urinalysis test that reflected being presumptive positive for methamphetamine. In addition to the urinalysis testing results, a drug use admission form was received by the

Prob12C
**Re: Olson, Douglas Alen**
**August 14, 2020**
**Page 2**

undersigned officer in which the client signed his name acknowledging and admitting to ingesting methamphetamine previously on or about August 5, 2020.

On August 10, 2020, at 12:39 p.m., the undersigned officer received a phone call from the client who admitted to previously ingesting methamphetamine on August 5, 2020. Mr. Olson stated that due to a recent change in personal residency he needed to acquire his property and his dog from the party in which he had left these items for safe keeping while he was in transitional housing. He admitted the party was a known drug user to him, but advised he thought he would be strong enough to resist any urge or desire to use methamphetamine while in his presence. Mr. Olson advised he had instead learned that this was not true and stated he instead "must be an addict."

The U.S. Probation Office respectfully recommends the Court issue a **<u>SUMMONS</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 14, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

8/14/2020

Date