PROB 12C
(6/16)

Report Date:  July 15, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 15, 2021

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Douglas Alen Olson         Case Number: 0980 2:16CR00061-RMP-2

Address of Offender:                 Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 7, 2017

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 48 Months; TSR - 60 Months |

Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Caitlin A. Baunsgard        Date Supervision Commenced: August 16, 2019

Defense Attorney:    Molly Winston            Date Supervision Expires: August 15, 2024

---

### PETITIONING THE COURT

To issue a **SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Olson is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about July 6, 2021, based on urinalysis testing and the client's admission of such use.

On August 19, 2019, Mr. Douglas Olson signed his conditions relative to case number 2:16CR00061-RMP-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Olson was made aware by his U.S. probation officer that he was required to refrain from the use of controlled substances.

Specifically, on July 6, 2021, the undersigned officer received a call from the client who advised that he had just submitted to random urinalysis testing with Pioneer Human Services in Spokane, with the sample provided ultimately reflecting as being presumptive positive for methamphetamine. Mr. Olson subsequently admitted to ingesting methamphetamine as previously occurring on or about July 3, 2021, indicating his then roommate, unbeknownst

**Prob12C**
**Re: Olson, Douglas Alen**
**July 15, 2021**
**Page 2**

to him, was using methamphetamine and had a pipe for her personal use within the residence. Mr. Olson indicated that the party, whom he was trying to help, was also bringing third parties into the residence while he was at work. The client advised he had since directed his former roommate to depart the residence and not return, but not before he located her methamphetamine pipe himself and ultimately relapsed.

On July 8, 2021, the undersigned officer received notification from Pioneer Human Services (PHS) in Spokane, confirming that the client had previously reported to the facility on July 6, 2021, to participate in random urinalysis testing as required, the result of which reflected as being presumptive positive for methamphetamine. In addition to the urinalysis testing results, a drug use admission form was later received by the undersigned officer in which the client signed his name acknowledging and admitting to ingesting methamphetamine, but in which the client did not provide a date of his last use.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 15, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[x]    The Issuance of a Summons
[  ]    Other

Rosanna Malouf Peterson

Signature of Judicial Officer

7/15/2021

Date