PROB 12C
(6/16)

Report Date:  August 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 17, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Douglas Alen Olson                    Case Number: 0980 2:16CR00061-RMP-2

Address of Offender:                                    Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 7, 2017

| | |
|---|---|
| Original Offense: | Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 48 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 16, 2019 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: August 15, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/15/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |

**Supporting Evidence**: Mr. Olson is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about July 27, 2021, based on urinalysis testing.

On August 19, 2019, Mr. Douglas Olson signed his conditions relative to case number 2:16CR00061-RMP-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Olson was made aware by his U.S. probation officer that he was required to refrain from the use of controlled substances.

Specifically, on July 23, 2021, the undersigned officer received notification from Pioneer Human Services in Spokane, Washington, that the client had participated in his updated chemical dependency assessment as required and as previously directed by the undersigned officer. As a part of the telephonic assessment, the client was advised he would need to submit to urinalysis testing as a part of the process and he was directed to report to the

Prob12C
Re: Olson, Douglas Alen
August 16, 2021
Page 2

contract provider's office for testing. The provider indicated that the client then became "resistive" stating he had just submitted to testing yesterday, he had other appointments, and had not yet slept prior to his scheduled graveyard shift. Mr. Olson later advised this officer that he was not advised of the need to submit to testing at the beginning of the assessment and the assessment ended late in the day on Friday and he confirmed that he had already made other personal plans.

On July 27, 2021, Mr. Olson was again contacted by the provider and directed to report for testing to make up the previously refused appointment. Mr. Olson reported as directed and later that day sent a text message to the undersigned officer noting he had submitted to urinalysis testing as directed, but the test had come back as a "false positive" and the provider was sending it to the lab. Mr. Olson denied using methamphetamine, but commented that he was around somebody who was. Mr. Olson advised he was done using controlled substances and he had been given everything he asked for at his current place of employment, and had reached out to several positive and pro-social support networks.

On July 28, 2021, the undersigned officer learned from the provider that the urinalysis sample submitted by Mr. Olson on the day in question was determined to be presumptive positive for methamphetamine and the client refused to sign any chain of custody paperwork or admit or denial documentation. On August 3, 2021, the undersigned officer met with the client at his recently obtained place of employment, at which time the client expressed concern as to how the urinalysis testing process had been conducted, to include statements that the sample had been taken from his view following submission by the testing provider and had therefore not remained within his line of sight until the sample could be sealed. He had not signed any chain of custody paperwork prior to the sample being sent to the lab for confirmation.

On August 9, 2021, laboratory confirmation was received from Alere Toxicology as to the client's urinalysis sample as previously submitted by the client at Pioneer Human Services on July 27, 2021, ultimately confirming the sample as being positive for methamphetamine.

On August 10, 2021, the undersigned officer was able to speak with treatment staff at Pioneer Human Services, who advised that the sample had in fact remained within the client's line of sight during testing, as this is standard process and protocol. The provider further described the client as becoming agitated once he was advised the sample was presumptive positive for methamphetamine, with the client responding he was "not signing shit." The staff member further advised that upon being provided the forms to sign, the client became "aggressive and confrontational" following which he exited the facility before the sample could be sealed. Staff subsequently sealed the sample without the client present, noted that he refused to sign and forwarded the sample to the laboratory for confirmation. Treatment staff advised that a formal statement as to the event's occurring on the day in question and as to the client's exhibited conduct would be forthcoming.

3          **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Olson is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about August 14, 2021, based on the client's admission of such use.

**Prob12C**
**Re: Olson, Douglas Alen**
**August 16, 2021**
**Page 3**

On August 19, 2019, Mr. Douglas Olson signed his conditions relative to case number 2:16CR00061-RMP-2, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Olson was made aware by his U.S. probation officer that he was required to refrain from the use of controlled substances.

Specifically, on August 16, 2021, the undersigned officer received a phone call from the client requesting help. Specifically, the client advised that while employment was going great, he continued to struggle in his personal life and specifically with relationships. The client advised that he had reached out to several individuals and groups in the Spokane area that he knew to be pro-social, but all of them either had not gotten back to him or were simply unsure of how to assist him. Mr. Olson did additionally detail that he had been seeing someone locally, but the relationship had ended over the weekend, with the identified circumstances resulting in his use of methamphetamine as previously occurring on Saturday, August 14, 2021.

Mr. Olson did advise he had this date called the contract urinalysis testing provider and that while it was his day to submit to random urinalysis testing, he first wanted to be up-front and honest with the undersigned officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 16, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
        with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

Signature of Judicial Officer

8/16/2021

Date