FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS ALEN OLSON,<br><br>Defendant. | No. 2:16-CR-00061-RMP<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED**<br>**(ECF No. 204)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 204**. Defendant recites in his motion that U.S. Probation and the United States does not oppose this request.

Defendant is requesting that this Court lift the additional condition of supervised release imposed by Senior Judge Peterson on October 5, 2021, that "Defendant shall not have anyone in his home pending the next hearing in this matter." ECF No. 201 at 3. Defendant, however, noted his Motion to Modify Conditions of Release for consideration before this Court. **ECF No. 204**.

This Court politely declines Defendant's invitation to exceed its authority. Defendant's next hearing before Senior Judge Peterson is on December 17, 2021, at 9:30 a.m. whereupon Defendant may properly take this matter up with the District Court.

ORDER - 1

     **IT IS ORDERED** Defendant's Motion, **ECF No. 204,** is **DENIED**.

     All terms and conditions of pretrial release shall remain in full force and effect.

     **IT IS SO ORDERED.**

     DATED December 14, 2021.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2