PROB 12C
(6/16)

Report Date: March 17, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Douglas Alen Olson | Case Number: 0980 2:16CR00061-RMP-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: July 7, 2017

Original Offense:  Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

| | | |
|---|---|---|
| Original Sentence: | Prison - 48 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 16, 2019 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 15, 2024 |

### PETITIONING THE COURT

**To issue a SUMMONS**.

On August 19, 2019, Mr. Douglas Olson signed his conditions relative to case number 2:16CR00061-RMP-2, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Olson is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about March 14, 2023, based on both urinalysis testing and his admission of such use. |
| | Specifically, on March 16, 2023, an unscheduled home contact was conducted with Mr. Olson at his residence. During dialogue, Mr. Olson was questioned as to his continued sobriety. He initially responded that he had maintained sobriety and responded yes when asked if he was "clean." Mr. Olson was directed to report to the U.S. Probation Office the following day for random urinalysis testing. Mr. Olson was again confronted about any recent use of illicit substances, at which time he stated that he "might have used," and ultimately admitted to ingesting methamphetamine, previously occurring on or about March 14, 2023, indicating he had relapsed after breaking up with his then girlfriend. |

Prob12C
Re: Olson, Douglas Alen
March 17, 2023
Page 2

On March 17, 2023, Mr. Olson reported to the U.S. Probation Office as directed and provided a urinalysis sample that tested presumptive positive for methamphetamine and amphetamine. Mr. Olson did sign a drug use admission form serving to document his stated admission.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 17, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Stanley A. Bastian

Signature of Judicial Officer

3/20/2023

Date